IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JANICE HAAGENSEN,
    Plaintiff,

vs.     Civil Action No. 08-1560

SUPREME COURT OF PENNSYLVANIA, et al.,
    Defendants.

## O R D E R

AND NOW, this 3rd day of March, 2009, after the plaintiff, Janice Haagensen, filed the above-captioned action with a motion for emergency temporary restraining order submitted on behalf of Plaintiff, followed by a motion to dismiss submitted on behalf of all defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff which are found to be without merit, and upon independent review of the motion and the overall record including consideration of the Magistrate Judge's Report and Recommendation (Docket No. 14), which is adopted as the opinion of this Court,

IT IS ORDERED that defendants' Motion to Dismiss (Docket No. 5) is **GRANTED**.

IT IS FURTHER ORDERED that plaintiff's Motion for Emergency Temporary Restraining Order (Docket No. 2) is **DISMISSED** as moot.

                                              s/ Terrence F. McVerry
                                              United States District Judge